# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 08-1596

———————

Luis Alfredo Vasquez,                    *
                                         *
            Petitioner,                  *
                                         *    Petition for Review of an
    v .                                  *    Order of the Board of
                                         *    Immigration Appeals.
Eric H. Holder, Jr.,[1] Attorney General *
of the United States,                    *    [UNPUBLISHED]
                                         *
            Respondent.                  *

———————

Submitted: July 30, 2009
Filed: August 6, 2009

———————

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

———————

PER CURIAM.

Luis Alfredo Vasquez petitions for review of an order of the Board of Immigration Appeals (BIA) that affirmed an immigration judge's denial of his motion to reopen. Because we conclude Vasquez's petition for review was untimely filed more than 30 days after the BIA issued its final order, we lack jurisdiction to review the order. See 8 U.S.C. § 1252(b)(1) (petition for review "must be filed" not later than

———————

[1]Eric H. Holder, Jr., has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

30 days after date of final order); Fed. R. App. P. 26(a) (computation of time); <u>Yang v. Mukasey</u>, 510 F.3d 793, 795-96 (8th Cir. 2007) (noting denial of motion to reopen is final order that has to be appealed within 30 days); <u>Skurtu v. Mukasey</u>, 552 F.3d 651, 658 (8th Cir. 2008) (dismissing petition for lack of jurisdiction because 30-day time limit for filing petition is mandatory and jurisdictional).

Accordingly, we dismiss the petition.

_____